**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60196-CIV-SMITH**

GARFIELD SPENCE,

    Plaintiff,
v.

TAHA FAMILY LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

This matter came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 4]. Accordingly, it is

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice.**

    2.    Any pending motions are **DENIED as moot.**

    3.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of March, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record